IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| DISCOVER PROPERTY & CASUALTY COMPANY and THE TRAVELERS INDEMNITY COMPANY OF CONNECTICUT, | § § § § § | |
| Plaintiffs/Counter-Defendants, | § § | |
| v. | § § | 1:21-CV-487-RP |
| BLUE BELL CREAMERIES USA, INC.; BLUE BELL CREAMERIES, L.P.; BLUE BELL CREAMERIES, INC.; JOHN W. BARNHILL, JR.; GREG A. BRIDGES; RICHARD DICKSON; PAUL A. EHLERT; JIM E. KRUSE; PAUL W. KRUSE; W.J. RANKIN; HOWARD W. KRUSE; PATRICIA I. RYAN; DOROTHY MCCLEOD MACINERNEY, | § § § § § § § § § § | |
| Defendants/Counter-Plaintiffs. | § | |

## FINAL JUDGMENT

On this date, the Court issued an order granting Plaintiffs' motion for summary judgment and denying Defendants' motion for summary judgment. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that any motion for attorney's fees and bill of costs shall be filed no later than **September 6, 2022**.

**SIGNED** on August 22, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE